IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WONSLEY PLAZA, LLC | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:23-cv-00479-RP |
| | § | |
| NATIONWIDE GENERAL | § | |
| INSURANCE COMPANY | § | |
| *Defendant.* | § | |

## PLAINTIFF'S MOTION FOR ORAL HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **WONSLEY PLAZA, LLC,** Plaintiff in the above-captioned styled and captioned matter and files this his Motion for Oral Hearing with regard to Plaintiff's Motion to Enforce Settlement Agreement, and in support thereof would respectfully show the following:

1.      Plaintiff's filed its Motion to Enforce Settlement Agreement on January 19, 2024, in this case.

2.      Plaintiff feels oral arguments and presentation of the evidence before this Honorable Court are warranted and therefore, respectfully requests that this Honorable Court set Plaintiff's Motion for oral hearing.

## PRAYER

WHEREFORE, Plaintiffs respectfully request that their request for oral hearing be granted, and for all other relief, at law or in equity, to which Plaintiffs may be justly entitled.

Respectfully submitted,

CARRIGAN & ANDERSON, PLLC

/s/David M. Anderson
David M. Anderson

State Bar No. 24064815
Federal ID 985644
101 N. Shoreline Blvd., Suite 420
Corpus Christi, Texas  78401
(361) 884-4433 (Office)
(361) 884-4434 (Facsimile)
Email: danderson@ccatriallaw.com

ATTORNEY FOR PLAINTIFF


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on this the 19th day of January, 2024.


*/s/ David M. Anderson*
David M. Anderson